**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JERRY WAYNE PIXLEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:21-CV-30 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

### MEMORANDUM ORDER ADOPTING THE
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jerry Wayne Pixley, an inmate currently confined at the McConnell Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying Petitioner's motion for release on bail (#26).  No objections to the Report and Recommendation have been filed to date.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct

and the report of the magistrate judge (#26) is **ADOPTED.**

SIGNED at Beaumont, Texas, this 11th day of September, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE